UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYGARD INTERNATIONAL PARTNERSHIP,<br>　　　　　Plaintiff,<br>　　v.<br>CHRISTOPHER JOHNSON,<br>　　　　　Defendant. | Case No.  13-cv-03750-VC<br><br>**ORDER TO SHOW CAUSE** |

At the case management conference on July 22, 2014, the Court set a hearing for August 28, 2014 for the plaintiff's anticipated motion for a default judgment. The plaintiff has not filed that motion. The plaintiff is now ordered to show cause for why the case should not be dismissed for failure to prosecute. The plaintiff must file a response to this order to show cause of no longer than five pages explaining the reason for the delay. The response is due August 25, 2014. If the plaintiff does not file a response by this date, or if the plaintiff's response does not adequately justify the delay in pursuing this case, this case will be dismissed for failure to prosecute.

The hearing set for August 28, 2014 is vacated.

**IT IS SO ORDERED.**

Dated: August 18, 2014

_____
VINCE CHHABRIA
United States District Judge