UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NYGARD INTERNATIONAL PARTNERSHIP,
         Plaintiff,

   v.

CHRISTOPHER JOHNSON,
         Defendant.

Case No. 13-cv-03750-VC

**ORDER RESETTING HEARING DATE**

The hearing originally scheduled for August 28, 2014 was vacated due to plaintiff's failure to file a motion for default judgment. The hearing is reset for October 9, 2014. Any further delay will result in dismissal of the case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
VINCE CHHABRIA
United States District Judge