United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYGARD INTERNATIONAL PARTNERSHIP,<br>             Plaintiff,<br>    v.<br>CHRISTOPHER JOHNSON,<br>             Defendant. | Case No.  13-cv-03750-VC<br><br>**ORDER RESETTING HEARING DATE** |

The hearing that was set for October 9, 2014 (Dkt. No. 26) is now reset for October 16, 2014. Any further delay will result in dismissal of the case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
VINCE CHHABRIA
United States District Judge